**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Hildegardo Rodriguez VIRON, also
known as Javier, also known as
Rufino, Defendant–Appellant.**

**No. 13–41222
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 16, 2015.

Ernest Gonzalez, Assistant U.S. Attorney, U.S. Attorney's Office, Plano, TX, for Plaintiff–Appellee.

James Patrick Whalen, Whalen Law Office, Plano, TX, for Defendant–Appellant.

Hildegardo Rodriguez Viron, Philipsburg, PA, pro se.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Appeal from the United States District Court for the Eastern District of Texas, USDC No. 4:10–CR–169–13.

Before DAVIS, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Hildegardo Rodriguez Viron has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Rodriguez Viron has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Rodriguez Viron's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir.), *cert. denied*, — U.S. —, 135 S.Ct. 123, 190 L.Ed.2d 94 (2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Rodriguez Viron's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.